In the Matter of the Application of WILLIAM CONE, Petitioner, for a Certiorari Order against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GAETANO GEORGE FIORE, as Executor and Trustee, and VITTORIO FIORE and ANDREW FIORE, as Substituted Trustees of MICHELE FIORE, Deceased. GAETANO GEORGE FIORE, as Executor and Trustee, etc., and VITTORIO FIORE and ANDREW FIORE, as Substituted Trustees, etc., of MICHELE FIORE, Deceased, Appellants; ANTHONY FIORE, General Guardian of MICHELE FIORE, an Infant, etc., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Petition of FRANCIS E. LAIMBEER and WILLIAM J. CRUIKSHANK to Render and Settle Their Accounts as Executors, etc., of HENRY GRUBE, Deceased. In the Matter of the Petition of FRANCIS E. LAIMBEER to Render and Settle His Account as Sole Trustee of and under the Last Will and Testament of HENRY GRUBE, Deceased. EDITH GRUBE HERRINGTON and MAXWELL RUBIN, Appellants; SAMUEL MARCUS, ISIDOR WELS, Individually and as Constituting the Firm of MOSS, MARCUS & WELS, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Petition of BERTHA HOFF, Respondent, for an Order to Compel Support by WILLIAM A. HOFF, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 251 App. Div. 862.] Present — Hagarty, Davis, Adel and Taylor, JJ.; Carswell, J., not voting.